UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| James T. Burke,<br><br>            Petitioner,<br><br>      v.<br><br>Nicholas Deml,<br><br>            Respondent. | Civil Action No. 2:24–cv–261-wks-kjd |

## ORDER
(Doc. 1)

Petitioner James T. Burke, proceeding *pro se*, seeks to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and the rules governing proceedings thereunder.

The Clerk of this Court is respectfully directed to cause to be served a copy of the petition herein and this Order upon Respondent and the Office of the Attorney General for the State of Vermont. Respondent shall within 30 days after the date of this Order file an answer as required by Rule 5, 28 U.S.C. § 2254 and show cause—if any there be—why the writ should not issue as prayed for. Any reply to Respondent's answer shall be filed within 30 days after service of the answer upon Petitioner.

Dated at Burlington, in the District of Vermont, this 1st day of April 2024.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kevin J. Doyle*
　　　　　　　　　　　　　　　　　　　　　　　Kevin J. Doyle
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge